evidence to support a finding that, during the robbery, he displayed or threatened the use of what appeared to be a deadly weapon or dangerous instrument.

We have reviewed the briefs of the parties and the record on appeal and find sufficient evidence from which a reasonable juror could find Defendant guilty. *State v. Storey,* 901 S.W.2d 886, 895 (Mo. banc 1995). An extended opinion would serve no jurisprudential purpose. We have, however, provided a memorandum opinion for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 30.25(b).

**ORDER**

PER CURIAM.

Movant, Ronald Thomas, appeals from the judgment denying his Rule 29.15 motion after an evidentiary hearing. We have reviewed the briefs of the parties and the record on appeal and conclude the trial court's determination is not clearly erroneous. Rule 29.15(k). An extended opinion would have no precedential value. We have, however, provided a memorandum for the use of the parties only setting forth the reasons for our decision. We affirm the judgment pursuant to Rule 84.16(b).

Ronald THOMAS, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 75354.

Missouri Court of Appeals,
Eastern District,
Division Four.

Oct. 12, 1999.

RONALD MARKS, Claimant–Appellant,

v.

TREASURER OF STATE OF MISSOURI as custodian of Second Injury Fund, Respondent.

No. ED 75933.

Missouri Court of Appeals,
Eastern District,
Division Three.

Oct. 12, 1999.

Jennifer S. Walsh, Asst. Public Defender, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Breck K. Burgess, Asst. Atty. Gen., Jefferson City, for respondent.

Before WILLIAM H. CRANDALL, Jr., P.J., KENT E. KARHOL, J. and MARY K. HOFF, J.

Edward A. Gilkerson, St. Louis, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Beverly E. Temple, Asst. Atty. Gen., St. Louis, for respondent.

Before RICHARD B. TEITELMAN, P.J., CLIFFORD H. AHRENS, and LAWRENCE E. MOONEY, JJ.